In the Matter of the Accounting of MARY F. BRADY, as Administratrix with the Will Annexed of DANIEL W. TIERNEY, Deceased.

In the Matter of the Petition of DEFERRED PAYMENT PLAN, INC., to Compel Accounting by MARY F. BRADY, as Administratrix with the Will Annexed of DANIEL W. TIERNEY, Deceased.

DEFERRED PAYMENT PLAN, INC., Appellant; MARY F. BRADY, as Administratrix, et al., Respondents. (Consolidated Proceedings.)

Submitted May 14, 1945; decided May 15, 1945.

*George L. Kettner* and *Timothy A. McCarthy* for motion.
*Edward Garfield* and *Robert H. Wrubel* opposed.

Motion denied, with ten dollars costs.